JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COUTINHO & FERROSTAAL INCORPORATED, a Delaware Corp., <br><br> Plaintiff, <br> vs. <br><br> OMNI STEEL CO, INC., a California Corp. and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: CV 09-06312-DMG (PLAx) <br><br> **ORDER RE STIPULATION OF DISMISSAL** <br> **[38]** |

GOOD CAUSE appearing based upon the Stipulation by and between Plaintiff Coutinho & Ferrostaal Incorporated ("CFI") and Defendant Omni Steel Company, Inc. ("Omni") dated October 7, 2010;

/ / /

/ / /

/ / /

/ / /

---

1

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL

1    IT IS HEREBY ORDERED THAT the case is dismissed with prejudice and
2  all dates are vacated.
3
4  Dated:   October 27, 2010                    _____
5                                                Honorable Dolly M. Gee
                                                 United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28